1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4   GARTH HIRE (CABN 187330)
Assistant United States Attorney

5

6   1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone:  (510) 637-3929

7   Facsimile:  (510) 637-3724
E-Mail:     Garth.Hire@usdoj.gov

8

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13   UNITED STATES OF AMERICA,        )        No. CR 08-00694 SBA
                                      )
14          Plaintiff,                )        STIPULATION AND  ORDER
                                      )        CONTINUING STATUS CONFERENCE
15      v.                            )        AND EXCLUDING TIME
                                      )
16   GABRIEL MAGANA VALDEZ,           )
                                      )
17          Defendant.                )
                                      )
18   _____)

19

20          Plaintiff, by and through its attorney of record, and defendant, by and through HIS

21   attorney of record, hereby stipulate and ask the Court to find as follows:

22          1.      A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

23   April 21, 2009.

24          2.      The parties request that this hearing be continued until 9 a.m. on Tuesday, June 2,

25   2009, in order to provide defendant's counsel with additional time to evaluate the evidence in

26   this case and determine whether or not defendant should enter a change of plea or file motions

27   and to prepare for trial in this matter.

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3.      Specifically, defendant's counsel needs the continuance in order to schedule and conduct a meeting with the government to physically examine evidence seized, to review and analyze the discovery materials produced, investigate the case, and develop a motions and/or trial strategy in light of that discovery.  The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4.      Thus, the parties respectfully request that the Court find that the time period from April 21, 2009, to June 2, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 20, 2009                    _____/s/_____
                                         GARTH HIRE
                                         Assistant United States Attorney

                                         Attorney for United States of America


Dated: April 20, 2009                    _____/s/_____
                                         NICHOLAS REYES

                                         Attorney for Defendant
                                         Gabriel Magana Valdez

1

**ORDER**

2

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND

3

CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES.  THEREFORE, IT IS SO

4

FOUND AND ORDERED THAT:

5

1.      The currently scheduled April 21, 2009, status conference hearing is vacated.  A

6

status conference hearing is now scheduled for 9:00 a.m. on June 2, 2009.

7

2.      The time period from April 21, 2009, to June 2, 2009, is deemed excludable

8

pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by

9

the Court at the defendant's request and on the basis of the Court's finding that the ends of

10

justice served by taking such action outweigh the best interest of the public and the defendant in

11

a speedy trial and because failure to grant the continuance would unreasonably deny defense

12

counsel the time necessary for effective preparation for trial, taking into account due diligence.

13

The Court finds that nothing in this stipulation and order shall preclude a finding that other

14

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

15

period within which trial must commence.

16

17

DATED: 4/20/09

_____

18

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28