UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00694 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON MARCH 30, 2010, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| GABRIEL MAGANA VALDEZ, | ) ) | |
| Defendant. | ) ) ) ) | |

The parties jointly requested that the change of plea and sentencing hearing in this matter be continued to March 30, 2010, at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between February 23, 2010, and March 30, 2010, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the parties to prepare and submit their sentencing memoranda in light of the final PSR.  Defendant agreed that the Court may review the pre-plea PSR even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that the change of plea and sentencing hearing is continued to March 30, 2010, at 10:00 a.m., and that time between February 23, 2010, and March 30, 2010,

1  is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G),
2  for consideration by the Court of a proposed plea agreement to be entered into by the defendant
3  and the attorney for the government.
4
5  DATED:2/22/10                                    _____
6                                                   HON. SAUNDRA BROWN ARMSTRONG
                                                    UNITED STATES DISTRICT JUDGE

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON MARCH 30, 2010 & TO EXCLUDE TIME
No. CR 08-00694 SBA